UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JIE LU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UR M. JADDOU, ET AL.,<br><br>　　　　Defendants. | No. 8:22-cv-01784-DOC-KES<br><br>**ORDER OF DISMISSAL**<br><br>Honorable David O. Carter<br>United States District Judge |

　　Having read and considered the Joint Stipulation to Dismiss Case submitted by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be DISMISSED in its entirety with prejudice. Each party to bear his, her or its own costs, expenses and attorneys' fees.

Dated:  August 14, 2023

_David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE